# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER VIEHMEYER,** : | CIVIL NO. 4:09-CV-1345 |
| **Individually and as guardian and** : | |
| **natural mother of J.A.V. minor child,** : | (Judge Conner) |
| **and as representative of the estate of** : | |
| **Gerard Benjamin Viehmeyer, deceased** : | |
| **and for and on behalf of all those** : | |
| **entitled to recover for the death of** : | |
| **Gerard Benjamin Viehmeyer, deceased,** : | |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **FORD MOTOR COMPANY,** : | |
| **Defendant** : | |

## **O R D E R**

AND NOW, this 7th day of June, 2010, upon consideration of the Stipulation of Dismissal (Doc. 26) filed on behalf of the parties pursuant to Fed. R. Civ. P. 41(a), the dismissal is APPROVED and the Stipulation is GRANTED. Accordingly, it is hereby ORDERED that the civil case be DISMISSED with prejudice and the case is terminated from the docket of this Court. Each party to bear their own costs.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge